UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| TYRUS MAZYCK, | 15 Cr. 233 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is directed to respond to Mr. Mazyck's motion by December 21, 2020.

Dated: New York, New York
       December 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge