

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2023

**BY ECF AND FAX**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Tyrus Mazyck*, 15 Cr. 233 (PGG)

Dear Judge Gardephe:

    The undersigned counsel for the Government was assigned to this matter yesterday, August 16, 2023. Accordingly, the Government writes to respectfully request that the Court grant an extension of one week since the assignment of this matter, until August 23, 2023, for the Government to respond to Tyrus Mazyck's letter motion for a sentence reduction under 18 U.S.C. § 35822(c)(1)(A)(i). (Dkt. 328.)

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By: *Meredith Foster*
     Meredith Foster
     Assistant United States Attorney
     (212) 637-2310

cc: Counsel of record (via ECF)

**MEMO ENDORSED**

The Application is granted.

**SO ORDERED:**

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: August 21, 2023