# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 20, 2023

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Tyrus Mazyck**
     15 Cr. 233 (PGG)

Dear Judge Gardephe,

> **MEMO ENDORSED**
>
> The application is denied. The Defendant has not shown "extraordinary and compelling reasons" justifying a sentence reduction, nor do the §3553(a) factors -- in particular, the Defendant's criminal record -- support a sentence reduction.
>
> **SO ORDERED:**
> /s/ Paul G. Gardephe
> Paul G. Gardephe, U.S.D.J.
> Dated: August 28, 2023

I write to provide an update on Tyrus Mazyck and to respectfully request that the Court shorten his custodial sentence to time-served under 18 U.S.C. § 3582(c)(1)(A)(i) so that he may immediately begin serving his five-year term of supervised release.

Over the past three years, Mr. Mazyck has twice sought compassionate release from his 120-month-long custodial sentence, which is currently set to expire on September 20, 2023. The Court denied both of Mr. Mazyck's motions through two written opinions. See Dkt. Nos. 288, 298.

On November 17, 2022, the Bureau of Prisons transferred Mr. Mazyck to a residential reentry center in New York City to complete the balance of his sentence. While detained at the residential reentry center, Mr. Mazyck made tremendous progress, quickly obtaining a unionized job with Coliseum Tenants Corp. See Exhibit A (recent paystub). Having dutifully adhered to the schedule approved by the residential reentry center, including by consistently providing paystubs to his case manager, Mr. Mazyck's custody status was further reduced by BOP, and he was placed in home confinement on April 4, 2023, at 1520 Story Avenue in the Bronx. Before Mr. Mazyck returned home, the residence was inspected and approved by United States Probation.

For the past three months, Mr. Mazyck has been living at home, working, and following the schedule set by BOP. He is effectively in the community and he is thriving. Consistent with this extraordinary change in his circumstances, Mr. Mazyck strongly desires to begin his supervised release as soon as possible so that he can build a rapport with his probation officer and start serving the second part of

his sentence immediately. Given Mr. Mazyck's record of compliance over the past eight months with BOP directives and the conditions of his placement in a reentry center and home confinement, the defense respectfully submits that it is in the interests of justice to reduce Mr. Mazyck's sentence to time-served so that he may immediately begin serving his five-year term of supervision.

Respectfully Submitted,

*/s/ Andrew John Dalack*

Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Tyrus Mazyck

Cc:   Counsel of Record